BUCHALTER
A Professional Corporation
MATTHEW L. SEROR (SBN: 235043)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Fax: (213) 896-0400
Email: mseror@buchalter.com

BUCHALTER
A Professional Corporation
DYLAN W. WISEMAN (SBN: 173669)
DAVID P. ADAMS (SBN: 312003)
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Tel: 415-227-0900
Fax: 415-227-0770
Email:   dwiseman@buchalter.com
         dadams@buchalter.com

Attorneys for Defendants,
Handlery Hotels, Inc. and Jon Handlery

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JGX, INC., a California corporation; NICK BOVIS; BOVIS FOODS, LLC; and SMTM TECHNOLOGY, LLC, a limited liability company,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>JON HANDLERY, HANDLERY HOTELS, INC., a California corporation; SAM SINGER, and SINGER ASSOCIATES, INC.,<br><br>　　　　Defendants.<br><br>HANDLERY HOTELS, INC., a California corporation,<br><br>　　　　Counterclaimant,<br><br>　　vs.<br><br>JGX, Inc., a California corporation; and SMTM TECHNOLOGY, LLC, a limited liability company,<br><br>　　　　Counter-Defendants. | Case No. 5:17-cv-00287-BLF<br><br>**STATUS REPORTING ON SUPPLEMENTAL PRIVILEGE LOG** |

BN 38124663v1

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

STATUS REPORTING ON SUPPLEMENTAL
PRIVILEGE LOG

5:17-cv-00287-BLF

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On October 22, 2019, Magistrate Judge Susan can Keulen held a hearing regarding a discovery dispute. See Docket No. 91. At the conclusion of that hearing, the Court asked counsel for Defendants to do three things:

1. Create and file with the Court a supplemental privilege log which listed only those entries on the Singer privilege log that did not appear on the Handlery privilege log;

2. Provide copies of the entries identified on the supplemental log to the Court for review; and

3. Provide copies of all documents appearing on the Singer privilege log that were dated in April 2016.

The Court requested that the foregoing be provided to the Court by October 23, 2019.

With respect to No. 3 above, counsel has confirmed that there are no entries on the Singer privilege log dated in April 2016.

However, the comparison of the Singer privilege log and the Handlery privilege log to identify those entries that appear on the Singer log but not the Handlery log is taking longer than anticipated. This is due in part to having to review and compare the documents individually, and in part on counsel being out of the office on October 22 and 23, 2019.

Counsel is working diligently on completing this task and getting the Court the information and documents requested, and remains confident everything will be provided no later than October 24, 2019.

BN 38124663v1

1

**STATUS REPORTING ON SUPPLEMENTAL PRIVILEGE LOG**

5:17-cv-00287-BLF

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

1  DATED: October 23, 2019      BUCHALTER
                                A Professional Corporation
2

3
                                By:    */s/ Matthew L. Seror*
4                                      MATTHEW L. SEROR
                                       DYLAN W. WISEMAN
5                                      DAVID P. ADAMS
                                       Attorneys for Defendants
6                               JON HANDLERY and
                                HANDLERY HOTELS. INC.,
7                               and Counterclaimant
                                HANDLERY HOTELS, INC.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

2

**STATUS REPORTING ON SUPPLEMENTAL**                          5:17-cv-00287-BLF
**PRIVILEGE LOG**
BN 38124663v1