**JOSEPH W. COTCHETT** (SBN 36324)
jcotchett@cpmlegal.com
**BRIAN DANITZ** (SBN 247403)
bdanitz@cpmlegal.com
**TYSON REDENBARGER** (SBN 294424)
tredenbarger@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

#### SAN JOSE DIVISION

| | |
|---|---|
| JGX, INC., a California corporation; NICK BOVIS; BOVIS FOODS, LLC; and SMTM TECHNOLOGY, LLC, a limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> JON HANDLERY; HANDLERY HOTELS,  a California corporation; SAM SINGER; and SINGER ASSOCIATES, INC., <br><br> Defendants. | Case No. 5:17-cv-00287-BLF <br><br> **PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO ADVANCE THE HEARING DATE ON DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' UNTIMELY ADDITIONS TO THEIR RULE 26 DISCLOSURES OR IN THE ALTERNATIVE TO REOPEN DISCOVERY AND FOR SANCTIONS** <br><br> LOCAL RULE 7-11 MOTION <br><br> Judge:  Hon. Beth Labson Freeman |
| HANDLERY HOTELS, INC., a California corporation, <br><br> Counterclaimant, <br><br> vs. <br><br> JGX, Inc., a California corporation; and SMTM TECHNOLOGY, LLC, a limited liability company, <br><br> Counter-Defendants. | |

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

**PLTFS' RESPONSE TO DEFS' MTN FOR ADMIN RELIEF TO ADVANCE THE
HEARING DATE ON DEFTS' MTN TO EXCLUDE; Case No. 5:17-cv-00287-BLF**

1    Plaintiffs respectfully submit this short response to Defendants' Motion for

2  Administrative Relief.  Plaintiffs do not oppose moving up the hearing date.  However, the

3  statement "the parties cannot stop" the progress of the case omits that Plaintiffs offered to

4  facilitate the immediate deposition of these witnesses and Defendants did not respond.  It is also

5  untrue that Defendants do not have time to take additional discovery on Plaintiffs' damages

6  theories if needed, as the amended disclosures were served six months before trial and expert

7  disclosures and discovery have still not taken place, including expert discovery related to

8  damages.

9                                    Respectfully submitted,

10   Dated: October 30, 2019         **COTCHETT, PITRE & McCARTHY, LLP**

11                                    By:   /s/ *Tyson Redenbarger*

12                                    **TYSON REDENBARGER**

13                                    *Attorneys for Plaintiffs*

**PLTFS' RESPONSE TO DEFS' MTN FOR ADMIN RELIEF TO ADVANCE THE      1
HEARING DATE ON DEFS' MTN TO EXCLUDE; Case No. 5:17-cv-00287-BLF**